# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIELLE M.K., Parent and Natural Guardian of D.E.K.,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 20-CV-561 (NEB/TNL)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

The Court has received the June 25, 2021 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (ECF No. 28.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 28) is ACCEPTED;

2. Plaintiff's Motion for Summary Judgment (ECF No. 24) is DENIED; and

3. Defendant's Motion for Summary Judgment (ECF No. 26) is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 3, 2021					BY THE COURT:

							s/Nancy E. Brasel
							Nancy E. Brasel
							United States District Judge